AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Roberto Valerio

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08MJ41A

I, Roberto Valerio, charged in a (complaint) (petition) pending in this District with in violation of Title 18 USC §1029(a)(2), U.S.C., and 1028 A (a)(7), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Roberto Valerio
*Defendant*

4-2-08
*Date*

David A. Cooper
*Counsel for Defendant*