# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ROBERTO VALERIO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR08-34-02S

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>APRIL 14, 2008 AT 11:30 AM |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1029(b)(2) and (a)(1) & (a)(2)

Brief description of offense:

CONSPIRACY TO COMMIT CREDIT CARD FRAUD; USE OF UNAUTHORIZED ACCESS DEVICES AGGREGATING $1,000 OR MORE; KNOWINGLY AND WITH INTENT TO DEFRAUD PRODUCES, USES OR TRAFFICS IN ONE OR MORE COUNTERFEIT ACCESS DEVICES

Signature of Issuing Officer

April 10, 2008
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 4/14/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: US Magistrate Court Providence RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 4/14/08
Date

Burton Stallwood
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2008 APR 16 A 11:46

FILED

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.