**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **V.** | **:** | **CR. No. 08-34S** |
| | **:** | |
| **ROBERTO VALERIO** | **:** | |

MOTION TO CONTINUE JURY IMPANELMENT

Comes now the United States of America, by and through its attorneys, Adi Goldstein, Assistant U.S. Attorney, and Robert C. Corrente, United States Attorney, and moves this Court to continue this matter to the October Trial Calendar. The government states that the defendant has assented to said motion. The parties are presently engaged in plea negotiations and believe that they may be able to resolve the matter prior to trial. Accordingly, the parties believe that the continuance serves the ends of justice and is in the interest of the public and the defendant.

The parties also agree that the time requested by this continuance shall be excluded from the operation of the Speedy Trial statute pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,
UNITED STATES OF AMERICA
By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney.

/s/ Adi Goldstein
ADI GOLDSTEIN
RI Bar #6701
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000/ Fax (401)709-5001
adi.goldstein@usdoj.gov

## CERTIFICATION

I hereby certify that on the 20th day of August, 2008, I electronically filed and served the Within Government's Motion to Continue Jury Impanelment to:

David A. Cooper
Cooper Law Associates
127 Dorrance Street
Providence, RI 02903

/s/ Adi Goldstein
Assistant U. S. Attorney
(RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov