AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

ROBERTO VALERIO

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR08-34-02S

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| JOHN O. PASTORE FEDERAL BUILDING AND POST OFFICE<br>TWO EXCHANGE TERRACE, PROVIDENCE, RI | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>9/16/2008 2:00 pm |

To answer a(n)
☑ Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 2, 1029(a)(1)&(b)(2), 1028A

Brief description of offense:

CONSPIRACY TO COMMIT CREDIT CARD FRAUD; KNOWINGLY AND WITH INTENT TO DEFRAUD PRODUCES, USES, OR TRAFFICS IN ONE OR MORE COUNTERFEIT ACCESS DEVICES; AGGRAVATED IDENTITY THEFT

Signature of Issuing Officer

9/11/2008
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

**RETURN OF SERVICE**

Service was made by me on:[1] Date 9/11/08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Summons faxed to Defense Atty David Cooper this date for Service

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 9/11/08
Date

Burton Stallwood
Name of United States Marshal

(signature)
(by) Deputy United States Marshal

Remarks:

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2008 SEP 12 P 12: 01

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.